**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1626

CHRIS RHODES,

Plaintiff - Appellant,

versus

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CA-04-22-1)

Submitted: March 10, 2006                 Decided: April 20, 2006

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

V. Lamar Gudger, III, GUDGER & GUDGER ATTORNEYS AT LAW, Asheville, North Carolina, for Appellant. Gretchen C. F. Shappert, United States Attorney, Charlotte, North Carolina, Paul Taylor, Assistant United States Attorney, Asheville, North Carolina, Robert Triba, Regional Chief Counsel, Lisa G. Smoller, Special Assistant U.S. Attorney, Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chris Rhodes appeals the district court's order granting the Commissioner's motion for summary judgment and affirming the Commissioner's denial of Social Security benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Rhodes v. Commissioner, No. CA-04-22-1 (W.D.N.C. Mar. 31, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED